*Guy H. Goodrich* v. *Thomas Day.* J. T. HUDSON, for complainant. Case referred back to master to examine and make a supplemental report as to the facts charged in the bill.

*Robert Anderson* v. *George Rapelye.* M. S. BIDWELL & S. F. CLARKSON, for complainant; J. W. GERARD, for defendant. In this case the chancellor decided that the transfer Usury. of a bond and mortgage of a third person for $3000, the payment of which is guarantied by the seller and another person, in consideration of the sum of $2600 is usurious and void.

*Decree of the* assistant vice chancellor reversed; and decree directed declaring the assignment of the bond and mortgage and the bond executed therewith inoperative and void, and that they be delivered up and cancelled, and granting a perpetual injunction against any suit thereon.

*Jonathan Wadhams et al* v. *John Lake et al.* H. R. SELDEN, for complainants; E. DARWIN SMITH and O. HASTINGS, for defendants. Decree of the vice chancellor affirmed with costs.